NO. 25-13291-G

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ATLANTA INDEPENDENT SCHOOL SYSTEM, ET AL.,

Appellant,

vs.

CAMALYN TURNER,

Appellee.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**APPELLEE CERTIFICATE OF INTERESTED PERSONS**

GERALD R. WEBER                    CRAIG GOODMARK
Post Office Box 5391                One West Court Sq. Ste. 410
Atlanta, GA 31107                   Decatur, GA  30030
404.932.5845                        404.719.4848
wgerryweber@gmail.com               cgoodmark@gmail.com


                                    Attorneys for Appellee

*AISS ET AL. V. TURNER*

Case No. 25-13291-G

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Appellate Procedure 5 and Eleventh Circuit Rules 5-1 and 26.1-1, the Plaintiff-Appellee certifies that the CIP filed by Defendant-Appellant AISS ET AL. on September 30, 2025 is correct and complete at this time.

Dated:  October 21, 2025.

*/s/ Gerald Weber*                          */s/ Craig Goodmark*

GERALD R. WEBER                    CRAIG GOODMARK
Post Office Box 5391                     One West Court Sq. Ste. 410
Atlanta, GA 31107                         Decatur, GA  30030
404.932.5845                                404.719.4848
wgerryweber@gmail.com            cgoodmark@gmail.com

Attorneys for Appellee

C - 1 of 1

*AISS ET AL. V. TURNER*

Case No. 25-13291-G

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have on this day served by electronically filing through the CM/ECF Electronic Filing Service a complete copy of this *Certificate of Interested Persons* upon the following counsel for defendants:

Brandon O. Moulard: <u>brandonmoulard@parkerpoe.com</u>

Bennett D. Bryan: <u>bennettbryan@parkerpoe.com</u>

Respectfully submitted this the 21st day of October, 2025.

<u>*/s/ Gerald Weber*</u>                    <u>*/s/ Craig Goodmark*</u>

GERALD R. WEBER                CRAIG GOODMARK
Post Office Box 5391             One West Court Sq. Ste. 410
Atlanta, GA 31107                Decatur, GA  30030
404.932.5845                     404.719.4848
<u>wgerryweber@gmail.com</u>          <u>cgoodmark@gmail.com</u>

Attorneys for Appellee