Appeal No. 25-13291-GG
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

**Camalyn Turner,**

*Plaintiff/Appellee.*

v.

**Atlanta Independent School System, et al.,**

*Defendants/Appellants.*
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
No. 1:24-cv-03781-AT
_____

**APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AND SERVE THEIR OPENING BRIEFS**
_____

Bennett D. Bryan
Georgia Bar No. 157099
Brandon O. Moulard
Georgia Bar No. 940450
PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree St. NE, Suite 1500
Atlanta, GA 30309
678.690.5718
bennettbryan@parkerpoe.com
brandonmoulard@parkerpoe.com
*Counsel for Appellants*

# CERTIFICATE OF INTERESTED PERSONS

In accordance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 and 26.1-2, counsel for Defendants/Appellants hereby notice and certify that the following is a complete list of the trial judge, all attorneys, persons, associations of persons, firms, partnerships, or corporations currently known to have an interest in the outcome of this case:

1. Atlanta Independent School System: Appellant
2. Bryan, Bennett D.: counsel of record for Appellants
3. Goodmark, Craig: lead counsel of record for Appellee
4. Goodmark Law Firm: law firm for Appellee
5. Law Offices of Gerry Weber, LLC: law firm for Appellee
6. Montgomery, Chelsea: Appellant
7. Moulard, Brandon O.: lead counsel of record for Appellants
8. Parker Poe Adams & Bernstein LLP: law firm for Appellants
9. Smith, Matthew: Appellant
10. Totenberg, Amy: U.S. District Court Judge
11. Turner, Camalyn: Appellee
12. Weber, Gerald: counsel of record for Appellee

No publicly traded company or corporation has an interest in the outcome of this appeal.

# APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AND SERVE THEIR OPENING BRIEFS

Appellants Atlanta Independent School System, Smith, and Montgomery move this Court for a 14-day extension of time to file their opening briefs pursuant to Fed. R. App. P. 26 and 27 and 11th Cir. R. 26-1 and 31-2. In support of their motion Appellants state:

1. On October 22, 2025, Appellants requested and received an over-the-phone extension from the clerk of court to file their opening brief, which is currently due on December 1, 2025.

2. Due to circumstances that were not foreseeable at the time the first request was made, Appellants respectfully request a second extension.

3. Specifically, the undersigned counsel is scheduled for an unexpected and unforeseen surgery on November 24, 2025, which will impede counsel's ability to comply with the current deadline.

4. Counsel for Appellants has conferred with counsel for Appellee, who do not oppose the relief sought.

For good cause shown, Appellants respectfully request that the Court enter an order granting a 14-day extension of time—up to and including December 15, 2025—for Appellants to file and serve their opening briefs.

Respectfully submitted this 19th day of November, 2025.

/s/ *Brandon O. Moulard*
Bennett D. Bryan
Georgia Bar No. 157099
Brandon O. Moulard
Georgia Bar Number 940450
*Counsel for Appellants*

PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree Street, NE
Suite 1500
Atlanta, Georgia 30309
678.690.5750 (phone)
404.869.6972 (facsimile)
bennettbryan@parkerpoe.com
brandonmoulard@parkerpoe.com

# CERTIFICATE OF TYPE-VOLUME COMPLIANCE

Pursuant to Fed. R. App. P. 32 and 11th Cir. Rule 32, I certify that this brief has a typeface of 14 points or more, is set in Times New Roman font, and contains 191 words, excluding the parts of the brief exempted by Rule 32. I certify that the number of words in this Brief was calculated by the word processing program Microsoft Word.

Respectfully submitted this 19th day of November, 2025.

/s/ *Brandon Moulard*
Bennett D. Bryan
Georgia Bar No. 157099
Brandon O. Moulard
Georgia Bar Number 940450
*Counsel for Appellants*

PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree Street, NE
Suite 1500
Atlanta, Georgia 30309
678.690.5750 (phone)
404.869.6972 (facsimile)
bennettbryan@parkerpoe.com
brandonmoulard@parkerpoe.com

# CERTIFICATE OF SERVICE

I certify that on this day I electronically filed the foregoing **APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME** using the Court's CM/ECF filing system, which will serve an electronic copy of the same to these attorneys of record:

| Gerald Weber | Craig Goodmark |
|:---:|:---:|
| wgerryweber@gmail.com | cgoodmark@gmail.com |

Respectfully submitted this 19th day of November, 2025.

/s/ *Brandon Moulard*
Bennett D. Bryan
Georgia Bar No. 157099
Brandon O. Moulard
Georgia Bar No. 940450
*Counsel for Appellants*

PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree Street, NE
Suite 1500
Atlanta, Georgia 30309
678.690.5750 (phone)
404.869.6972 (facsimile)
bennettbryan@parkerpoe.com
brandonmoulard@parkerpoe.com